398 A.2d 657

**In re Petition for ENFORCEMENT OF A SUBPOENA TO SECOND NATIONAL BANK OF MASONTOWN.**

**Appeals of PENNSYLVANIA CRIME COMMISSION.**

Supreme Court of Pennsylvania.

Argued March 6, 1979.

Decided March 14, 1979.

Deborah Lee Bohl, Asst. Atty. Gen., St. Davids, for appellant.

Stephen J. McEwen, Jr., Media, for amicus curiae—Pa. District Attorney's Assoc.

C. Grainger Bowman, McNees, Wallace & Nurick, Harrisburg, for intervenors-respondents DiCenzo and Cuteri.

Luther E. Milspaw, Jr., Harrisburg, for Second National Bank of Masontown.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Appeals dismissed as being from interlocutory orders. We do not address or express any view on the merits of the legal issue involved.